```
                       United States Bankruptcy Court
                         Northern District of Ohio
Fritz,
          Plaintiff                                     Adv. Proc. No. 16-05026-amk
Burns,
          Defendant
```

# CERTIFICATE OF NOTICE

District/off: 0647-5          User: bhemi              Page 1 of 1              Date Rcvd: Apr 24, 2018
                              Form ID: pdf748          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2018.
pla          +Dianne Fritz,    8193 Glenburn St., NW,    N. Canton, OH 44720-5129
pla          +Ronald Fritz,    8193 Glenburn St NW,    N Canton, OH 44720-5129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           James Ronald Burns,   2159 Meloy Road,    Kent
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2018 at the address(es) listed below:
              Edmund Lee Wagoner, Jr    on behalf of Defendant James Ronald Burns elwagoner@yahoo.com
              Frank   Cimino    on behalf of Plaintiff Dianne  Fritz officef3@sbcglobal.net
              Frank   Cimino    on behalf of Plaintiff Ronald  Fritz officef3@sbcglobal.net
              Kathryn A. Belfance Trustee    kb@rlbllp.com, oh01@ecfcbis.com
                                                                                             TOTAL: 4

This document was signed electronically on April 24, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: April 24, 2018



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 15-52933 |
| JAMES RONALD BURNS, ) | Chapter 7 |
| Debtor. ) | Adversary Proceeding No. 16-05026 |
| RONALD FRITZ, et al., ) | Judge Alan M. Koschik |
| Plaintiffs, ) | |
| v. ) | |
| JAMES RONALD BURNS, ) | |
| Defendant. ) | |

## DISCOVERY SCHEDULING ORDER

The Court held a pretrial conference in this adversary proceeding on April 11, 2018. Participating were:

| | | |
|---|---|---|
| Frank Cimino | *as counsel for* | Plaintiffs Ronald Fritz and Dianne Fritz |
| Edmund L. Wagoner | *as counsel for* | Defendant James Ronald Burns |

Based on the matters discussed during the hearing,

**IT IS HEREBY ORDERED THAT**:

1. All non-expert discovery in this proceeding shall be completed no later than **July 27, 2018**.

2. Each party shall provide to the other a list (a) identifying each individual whose testimony that party intends to introduce as an expert witness, and (b) the subject on which such expert witness is asserted to be an expert. The Plaintiffs shall provide this identification of its expert(s) to the Defendant no later than **August 3, 2018**. The Defendant shall provide this identification of expert(s) to the Plaintiffs no later than **August 31, 2018**.

3. Each party shall deliver to the other copies of the written reports of every individual that party intends to call as an expert witness at trial. The Plaintiffs shall deliver their expert report(s) no later than **August 24, 2018**. The Defendants shall deliver their expert report(s) no later than **September 21, 2018**.

4. All expert discovery in this matter shall be competed no later than **October 19, 2018**.

5. No later than **November 2, 2018**, counsel shall jointly *file with the Court* a list of all facts and legal conclusions that are **NOT** in dispute in this adversary proceeding and to which the parties stipulate, including any exhibits the parties agree are authentic.

6. Unless this adversary proceeding is previously reported to the Court as resolved, a further pretrial shall be held on **November 14, 2018, at 1:30 p.m.**, in Room 240 of the John F. Seiberling Federal Building & U.S. Courthouse, 2 South Main Street, Akron, Ohio.

# # #

cc (all via electronic mail):

| | | |
|---|---|---|
| Frank Cimino | *as counsel for* | Plaintiffs Ronald Fritz and Dianne Fritz |
| Edmund L. Wagoner | *as counsel for* | Defendant James Ronald Burns |