This document was signed electronically on October 30, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: October 30, 2018**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | Chapter 7 Proceeding |
| JAMES RONALD BURNS | Adversary Case No. 16-05026 |
| (& d.b.a. Brookstone G.C. by Design, Inc.) | |
| Debtor | Case No. 15-52933 |

\* \* \* \* \* \* \*     \* \* \* \* \* \*

| | |
|---|---|
| RONALD FRITZ | Judge Alan M. Koschik |
| & DIANNE FRITZ | |
| *Plaintiffs* | **STIPULATED JUDGEMENT ENTRY** |
| vs. | |
| JAMES RONALD BURNS | |
| **Defendant** | |

The Court having been advised that the parties have reached a settlement and that they stipulate to an entry of judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, Ronald Fritz and Dianne Fritz, take judgment against Defendant, James Ronald Burns, in the amount of $36,000.00 and that said judgment is nondischargeable.

It is further Ordered that should the Defendant James Ronald Burns, pay the sum of One Hundred Fifty Dollars ($150.00) per month to the Plaintiffs, Ronald Fritz and Dianne Fritz, the Plaintiffs will not execute on the judgment.

IT IS SO ORDERED.

### 

Approved/submitted,

_____
FRANK J. CIMINO (0007323)
Counsel for Plaintiff

_____
E. Lee Wagoner (0037833)
Counsel for Defendant

_____
James R. Burns
Defendant